# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND and DOUG EDWARDS, *in his capacity as Trustee*,

Plaintiffs,

v.

INTERSTATE ERECTING INC.,

Defendant.

Case No. 23-CV-411-JPS

**ORDER**

On July 7, 2023, Plaintiffs Building Trades United Pension Trust Fund and Doug Edwards, in his capacity as Trustee ("Plaintiffs") filed a notice of voluntary dismissal of Plaintiffs' claims against Defendant Interstate Erecting Inc. ("Defendant") without prejudice and without fees or costs. ECF No. 6. Given that Defendant has not filed an answer or a motion for summary judgment, the Court will adopt the notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal, ECF No. 6, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge